# EXHIBITS in the caufe *Dean and Others* againſt *John Angus.*

THE only exhibits on the part of the libellants were, a certified copy of the ſentence of the High Court of Errors and Appeals, in the caſe of Silas Talbot againſt the owners of the brigs Achilles, Patty and Hibernia ; a proof of the ſums paid by the owners of the Hibernia in conſequence of that decree ; and the orders ſigned by Angus to O'Neal, the prize maſter put on board the brig Betſey, after ſhe had been taken from Silas Talbot—In theſe words :

" ORDERS for captn. William M'Neil to take charge of the brigantine Betſey (prize to the Patty, Achilles and Hibernia) and take her into Delaware, Cheſipeak, Boſton or Eggharbour or Boſton.  If into Delaware, to apply to Mr. John Donalſon, mercht. in Philadelphia.  If into Baltimore, to Mr. William Neil, mercht.  If into Boſton,

Bofton, to Mr. William Erfkin, mercht. but to get her if poffible into Delaware, Eggharbour or Chefipeak, for fear of the floop Argo's falling in with you if you go to New England; but wherever you go, fuffer no bulk to be broke until you write to and receive an anfwer from Mr. Donaldfon. If you go to Philadelphia, ftop and caft anchor at Chrifteen creek mouth, and to fire 3 guns. I beg of Mr. M'Neil to ftand to the fwd. this night, and ftrive hard for Pha. If you get to Pha. apply likewife to Mr. Saml. & Thos. Morris in Co. the owners of the Achilles, and Dean, Purvines and Harbourfon for the Hibernia, who is all equally concerned in the prize.

AT fea, on board the brigtin.

Patty, Sept. 7th, 1779.     JOHN PROLE,
                            GEORGE THOMSON,
                            JOHN ANGUS."

THE teftimony in behalf of Angus, the refpondent, was as follows—

THE failing orders of the owners of the Hibernia to captain Angus, in which the only paffage, that had any reference to the prefent fuit, was in thefe words:

———" WE advife you to keep company with the " armed veffels bound to the eaftward, as far as you think " it prudent. And fhould they agree to cruife two or " three weeks on our coaft, you have our approbation in " joining with them."———

*Depofition*

## *Depofition* of GEORGE ELDREDGE.

BEFORE me, the fubfcriber, judge of the court of admiralty for the ftate of Pennfylvania, this 25th day of April, 1785, came GEORGE ELDREDGE, who, being duly fworn, did declare and fay—That he was a mariner on board the brig Hibernia, captain John Angus commander, at the time that captains Prole and Thomfon took the brig Betfey, bound from Montferrat to New York—That when the faid brig Betfey was boarded by captains Prole and Thomfon, the Hibernia was aftern about five or fix miles. When the Hibernia came up, captain Angus hailed the brig, and afked what fhe was ; captain Prole anfwered, that fhe was a good prize, bound from Montferrat to New York. Captain Angus made anfwer, that if the brig was prize, the floop muft be one alfo—That captain Prole was on board the Betfey while this converfation paffed.—Captain Angus afked, why one of their faft failing brigs did not give chafe to the floop—They made anfwer, that they would not leave the prize till fhe was manned, and requefted captain Angus to give chafe.— That captain Angus gave orders accordingly to make fail and give chafe, which was done ; and after chafing two or three leagues, the Hibernia did not come up with the chafe. Captain Angus then gave orders to leave off the chafe—The two brigs commanded by Prole and Thomfon laying too by the prize, did not bear down on capt. Angus, fo that he was obliged to turn to windward up to captains Prole and Thomfon—It was then near night— Capt. Prole fent his boat for two men to put on board the prize, which capt. Angus fent. And this deponent further
ther

ther faith, No prifoners were received on board the Hibernia nor plunder of any kind, and that capt. Angus never had a further opportunity to fpeak to the brigs, they out-failed him fo much. That this deponent was third mate and pilot on board the faid brig Hibernia, at the time of taking the faid brig Betfey.

THAT deponent knows nothing of capt. Angus figning orders to the prize mafter—That capt. Angus was not on board either of the other two brigs—That capt. Angus joined in the chafe with the others before the brig Betfey was taken.

GEORGE ELDREDGE.

SWORN to, April the 25th, 1785,
    before
        FRAN. HOPKINSON.

---

## *Depofition* of JOHN BRICE.

PERSONALLY appeared JOHN BRICE, mariner, a witnefs produced on the part of the refpondent in this caufe, and being duly fworn, depofeth and faith—That he was on board the brigantine Hibernia at the time that capt. Prole and capt. Thomfon took the brig Betfey from Montferrat bound to New York—At the time they boarded her the Hibernia was aftern about five or fix miles—when we came up with the brig Betfey, capt. Angus hailed her and afked what fhe was, capt. Prole made anfwer, that fhe was a good prize from Montferrat bound to New York—Capt. Angus made anfwer, that if the brig was a prize the floop muft be one alfo, and afked capt. Prole why

one

one of their faſt ſailing brigs did not give chaſe to the ſloop—Capt. Prole made anſwer that he would not leave the prize until ſhe was manned, and requeſted of capt. Angus to give chaſe to the ſloop, which capt. Angus did, but, after chaſing two or three leagues, found he could not come up with the ſloop. Capt. Angus then gave orders to ſhorten ſail and haul her wind to ſpeak to the brigs, and in the evening we came up with them—the two brigs commanded by captains Prole and Thomſon lying by the brig Betſey all the while. Capt. Prole ſent his boat on board capt. Angus, and deſired him to ſend two hands to go on board the brig Betſey—One of capt. Prole's people came out of the boat and handed capt. Angus a paper, which he ſigned, and gave to the man again —Capt. Angus ſent two men in the boat.—That capt. Angus had none of his boats out, and that he did not receive any priſoner or any plunder of any kind from the brig Betſey—That the brigs parted with her that night, and outſailed them ſo much, that they had it never in their power to ſpeak to her again—And further deponent ſaith not.

THE ſaid deponent being croſs examined, ſaith, That he was firſt mate on board the Hibernia at the time above mentioned—That he knows not the contents of the paper ſigned by capt. Angus—that capt. Angus ſent two men on board the Betſey—that he does not know the name but of one of them, which was *George*—that they were both of the crew of the Hibernia—that he did not hear any directions given to them by capt. Angus—that he heard no further converſation between capt. Prole and capt. Angus, than what he has mentioned—that he was ſo buſy aboard the Hibernia, that he does not remember whether the Betſey had any colours ; that he look'd upon it to be

be the captain's bufinefs to attend to that—that he does not recollect whether the floop had any colours—that all three of the veffels chafed for about two or three hours before the Betfey was taken—that the Betfey was taken fome time between ten and twelve o'clock in the forenoon—that he had not feen her taken the day before; nor heard the firing the day before—that he is not fure whether it was the 2d, 3d, or 4th day after they left the Capes, that the Betfey was taken—that he cannot recollect whether they were becalmed about the mouth of the Cape—that he does not remember feeing any fail about the time of leaving the Cape, but faw feveral fail two or three days after— that he does not remember that any of the brigs did fhape their courfe the night before taking the Betfey, fo as to fall in with the Betfey or any other veffel—that capt. Angus failed under American colours the whole time, both in chafing the floop and the Betfey—that he is not fure, but thinks the other two brigs chafed under American colours—that he did not fee or hear any of them fire as they came up with the Betfey—that he does not remember whereabouts the Betfey was taken—that he believes, and underftood, that fhe was fent to Philadelphia, and that he does not know the reafon why fhe was not fent to New London, or any port in Connecticut.

JOHN BRICE.

Sworn to, May 11th, 1785,
    before

FRAN. HOPKINSON.

*Depofition*

## *Depofition* of JOHN M'GILL.

PERSONALLY appeared JOHN M'GILL, mariner, a witnefs produced on the part of the refpondent in this caufe, and, being duly fworn, depofeth and faith——— That he was on board the brig Hibernia at the time that captain Prole and captain Thomfon took the brig Betfey ———that the Hibernia was about five or fix miles aftern at the time of the taking aforefaid———that the Betfey hove to till the Hibernia came up with her———that captain Prole was on board the Betfey when captain Angus came up with her———that captain Angus hailed her when he came up with her, and afked what fhe was, and captain Prole anfwered, that fhe was a fine prize———that captain Angus afked why one of their faft failing brigs did not give chafe to the floop, for if one was a prize he was fure the other was———that captain Prole made anfwer, that he would not leave the brig till fhe was manned, and from that the Hibernia gave chafe to the floop for about an hour or two ; but not being able to come up with her, the Hibernia hauled her wind and came up with the other brigs ———that the Hibernia was a dull failer, and that while captain Angus gave chafe to the floop the other veffels remained with the prize———When the Hibernia came up with captain Prole, Prole fent a boat on board the Hibernia———he fuppofes that the boat came from captain Prole or captain Thomfon ; but is not fure which———that he does not remember whether the Hibernia had any colours up during the chafe———that a man from the boat came on board the Hibernia, but he does not know whether he brought any paper from Prole to Angus or not———that no

R                                    prifoners

prisoners or goods were brought on board the Hibernia ——that he does not remember their speaking with, or coming up with the brigs afterwards——And further saith not.

The said deponent being cross-examined, saith, the Hibernia was a duller sailer than the other two brigs, which could sail a great deal faster than her—that the sloop Argo, when captain Angus began to chase her, was about three leagues distant from the Betsey——that he knows not the reason why captain Angus was sent in chase of the Argo while the other two remained behind——he does not know how long they chafed the Betsey before she was taken— that he cannot say whether they had seen the Betsey the day before she was taken——that he cannot recollect whether it was two or three or four days after their leaving the Cape before the Betsey was taken——that he thinks that they saw a sail or two previous to the day of taking the Betsey, and that the Betsey might have been one of them, but does not know she was so——that he does not recollect seeing any colours on board the Betsey or the sloop during the chafe——that the three brigs had all of them American colours up during the chase, and at the time of taking the Betsey, and that none of the brigs fired (that he either saw or heard) at the Betsey at all——that two of captain Angus's hands were sent on board the Betsey.

After the deposition aforesaid, and cross-examination were read over to him, he says, that he remembers that the other two brigs were under American colours, but is not sure whether the Hibernia had any colours up; and also, being further examined, saith——that he was most of the time busy below deck, and had not an opportunity of observing the distance captain Angus was from the brigs commanded by Prole and Thomson previous to the time

when

when the Betfey was taken——that he was a fmall boy on board the Hibernia at the time of taking the Betfey and one of her hands, and is now about twenty-three years old, and that he believes the Hibernia was to windward of captains Prole and Thomfon during the chafe, and that the three brigs chafed before the wind, the Hibernia being aftern of the other two brigs.

JOHN M'GILL.

Sworn to, May 11th, 1785,
    before

      Fran. Hopkinson.

## *Depofition* of George Stoots.

George Stoots, mariner, a witnefs produced in this caufe on the part of the refpondent, being duly fworn, depofeth and faith, That he entered on board the Hibernia with captain Angus——that after leaving the cape (but he cannot pofitively fay whether it was two or three days) they faw the prize brig and a floop, and captains Prole and Thomfon——that before he went on board the prize, he heard fhe was from Montferrat for New York——That captain Angus hailed either Thomfon or Prole, he cannot fay which of them, and then he heard that fhe was from Montferrat——that captain Angus then gave chafe to the floop—that finding it impoffible to come up with the floop, he returned to the brigs——that it was almoft night when they returned to the brigs, to the beft of his knowledge—— that either captain Thomfon's or captain Prole's boat came

on

on board captain Angus, and carried the deponent and another of captain Angus's hands on board the prize—that captain Angus and the prize did not hail one another to his knowledge—that the prize when they came on board her was in the poſſeſſion of one O'Neal or Neal, as prize maſter, who belonged either to captain Prole or Thomſon ——that he does not know of any priſoners or plunder brought on board captain Angus.

BEING croſs-examined, he faith—he does not know whether capt. Angus had any colours up, and that the prize had none that he remembers—that at ſuch a time as that ſailors are generally buſy on the gun-deck—that he knows nothing of any written orders to the prize-maſter—that he did not know what the ſloop was—that he found on board the prize a boatſwain or boatſwain's mate belonging to the ſloop—that it was ſoon after he came on board that he (the boatſwain or boatſwain's mate) told him he was ſuch, and that he almoſt thinks that the ſaid boatſwain or boatſwain's mate told him the ſloop was the Argo—— And further the deponent faith not.

his

GEORGE + STOOTS,

mark.

SWORN to, June 8th, 1785,
    before
                    FRAN. HOPKINSON,

## *Depofition* of AARON ASHBRIDGE.

AARON ASHBRIDGE, a witnefs produced on the part of the refpondent, being duly affirmed according to law, on his folemn affirmation doth declare and fay— That he failed on board the brigantine Achilles, captain Thomfon, in company with captains Prole and Angus— that after being out of the Cape two or three days, they difcovered, early in the morning, a brig and a floop---that capt. Prole being appointed as a commodore, gave orders to give chafe, which was done---Prole and Thomfon came up with the chafe about eleven o'clock---he fuppofes that capt. Angus was at that time four or five miles aftern--- that the two brigs lay alongfide of her, and fent their boat aboard---when capt. Angus came up he enquired what fhe was--- capt. Prole or capt. D—— (he does not know which of them) anfwered that fhe was good prize, from Montferrat bound to New York——capt. D. being a paf- fenger on board, was fent aboard the brig—Capt. Angus told them if the brig was a good prize the floop muft be a good one alfo, and afked why one of the faft failing brigs did not give chafe—the reply they made was, they would not leave the brig till they faw her well manned, but defir- ed him to give chafe, which he did for about 2 or 3 leagues till he found he could not come up with the chafe—he hauled his wind and beat up to the other brigs, but did not get up with them till the evening, juft before dark, nor till Prole and Thomfon had taken the hands out (he cannot fay whether all or not) and put others in their place —Capt. Prole fent his boat aboard capt. Angus for a cou-
ple

ple of hands to man the brig, which the affirmant believes he fent—the prize brig ſtood to the ſouthward bound to Philadelphia, and the other brigs to the eaſtward—that he never more heard of the prize.——Being aſked whether they ever more heard of capt. Angus during the voyage, the affirmant anſwers he did not—that they ſteered one courſe, but the others ſoon run capt. Angus out of ſight— that they ſaw him next morning from maſt-head, but he does not recollect ever ſpeaking to him again.

BEING croſs examined, he ſays, that he was an adventurer on board capt. Thomſon, who promiſed him certain privileges if he would go—that they did not ſtipulate for any wages ; but that capt. Thomſon having found him uſeful, gave him at Cadiz 6 Half Johannes—that the ſloop and prize were in company when they gave chaſe—that he did not ſee the colours of the prize till they were almoſt up with her ; when ſhe carried Engliſh colours reverſed—that they could not diſcover any colours the ſloop had—at leaſt the affirmant did not—that he ſuppoſes they were within about a league when the ſloop left the prize—that it was fair weather that day, but it blew very freſh and there was a heavy ſea going—that he does not know who made Prole commodore, but he believes they did it among themſelves —that he remembers they held a conſultation at Reedy iſland, but knows not what it was about—that he knows nothing of any orders given to the prize maſter, but that capt. Thomſon ſaid ſhe was ordered to Philadelphia—that he thinks capt. Angus was about a league, or ſomething leſs, perhaps about two miles behind the other brigs, when they began the chaſe—that he thinks they heard ſome guns the day before, but could not diſcover any thing, but directed their courſe towards the place they imagined it came from—that when he thought they heard a firing it was

ſtark

ftark calm, and capt. Angus was about two miles aftern—
And further the affirmant faith not.

BEING further queftioned, he fays that the three brigs
chafed the prize under continental colours, and that the
Hibernia alfo chafed the floop Argo under continental co-
lours.

AARON ASHBRIDGE.

AFFIRMED June the 9th, 1785,
before

FRAN. HOPKINSON.